```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                       NORTHERN DIVISION
```

SABRINA NICOLA KATTS,              :
                                   :
    Plaintiff,                     :
                                   :
vs.                                :
                                   :      CIVIL ACTION 13-0054-M
CAROLYN W. COLVIN,                 :
Commission of Social Security,     :
                                   :
    Defendant.                     :

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Sabrina Nicola Katts.

DONE this 5th day of November, 2013.

```
                              s/BERT W. MILLING, JR.
                              UNITED STATES MAGISTRATE JUDGE
```